Wright Law Offices PLC
1418 North Scottsdale Road, Ste. 222
Scottsdale, Arizona 85257
Telephone (480)-553-6379
Facsimile (480) 553-6324
bwright@wloaz.com
Benjamin Wright #027003

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Larry Scott,<br><br>Debtor. | **Chapter 7 Proceedings**<br><br>4:09-bk-19335-JMM<br>NOTICE OF APPEARANCE<br>(LIMITED TO 341 HEARING) |

COMES NOW Brian Dault, and hereby enters his limited appearance on behalf of Larry Scott in this matter. Brian Dault will be attending the First Meeting of Creditors with the Debtor in place of the attorney of record, Benjamin Wright, as he is unable to attend due to a scheduling conflict.

DATED this 29th day of September, 2009.

/s/ Brian Dault #027021
Attorney Brian Dault

Copy of the foregoing mailed this 29th day of September, 2009 to:

U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

Gayle Eskay Mills
PO Box 36317
Tucson, AZ 85740


By: /s/ Yolianna Alverio